**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**


**GEORGE MISTER, JR.,**                                                            **PETITIONER**

**V.**                             **NO. 2:04CV298-B-B**

**DONALD CABANA, ET AL,**                                               **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice as barred by the applicable statute of limitations.

**IT IS SO ORDERED**.

THIS the 21st day of September, 2005.


                                                           /s/ Neal Biggers
                                               SENIOR U. S. DISTRICT JUDGE